UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP M. KIRKPATRICK, | ) | Case No. 5:07 CV 2649 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| COMMISSIONER OF | ) | (Regarding ECF #14) |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

It is recommended that the joint stipulation to remand be granted and judgment entered pursuant to the fourth sentence of 42 U.S.C. §405(g) for remand to the Commissioner according to the terms set out in the stipulation.  Further due to the stipulated nature of the recommendation it is unnecessary to delay for objection.

s/James S. Gallas
United States Magistrate Judge

Dated: April 28, 2008